UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Rosalinda Vasquez<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   19-14086<br><br>Chapter:  13<br>Honorable A. Benjamin Goldgar |

### ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The Debtor's plan is modified post-confirmation by increasing the plan payment to $452 per month commencing with the March 2020 payment and then the payment will increase to $752 a month commencing with the June 2021 payment until the end of the plan.

Enter:

Dated: **10 MAR 2020**

United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20120209_bko